In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-09-00076-CR


NO. 09-09-00077-CR


 ____________________



NIGEL ELI SWEED A/K/A NEGEL ELI SWEED, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court 


Jefferson County, Texas


Trial Cause Nos. 70368, 70612






MEMORANDUM OPINION



 Nigel Eli Sweed a/k/a Negel Eli Sweed filed a motion to dismiss his appeals pursuant
to Tex. R. App. P. 42.2. The motion is signed by appellant personally after counsel filed
briefs which certify that counsel could find no arguable error upon which to base the appeal. 
We therefore treat the motion to withdraw the appeals as agreed to by counsel. See Tex. R.
App. P. 2, 42.2. No opinions have issued in these appeals.

 It is ORDERED that the motion to withdraw the notice of appeal is GRANTED, and
the appeals are therefore DISMISSED. The Clerk of the Court shall forward a duplicate
copy of this opinion to the clerk of the court in which the notices of appeal were filed.

 APPEALS DISMISSED.

 

 DAVID GAULTNEY Justice


Opinion Delivered December 16, 2009

Do Not Publish


Before McKeithen, C.J., Gaultney and Horton, JJ.